Keenan TEMPLE, Plaintiff–Appellant,

v.

Ed C. DAY, Jr.; Richard Stalder; Ronald Bonvillian, Defendants–Appellees.

No. 03–30135.
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Sept. 25, 2003.

Jane L. Johnson, New Orleans, LA, for Plaintiff–Appellant.

Lance Sterling Guest, Miranda, Warwick, Milazzo, Giordano & Hebbler, Metairie, LA, for Defendants–Appellees.

Before JOLLY, JONES, and WIENER, Circuit Judges.

PER CURIAM.*

Plaintiff–Appellant Keenan Temple, Louisiana prisoner no. 103483, appeals the district court's summary-judgment dismissal of his 42 U.S.C. § 1983 action on grounds of qualified immunity. Temple contends that the defendants conspired to violate his rights by not timely revoking his parole and by not recalculating his sentence during the Administrative Remedy Procedure (ARP) that Temple initiated

---

at the prison prior to seeking judicial relief.

Temple concedes that defendant Bonvillian is absolutely immune from suit. The district court correctly determined that defendants Day and Stalder enjoy qualified immunity because Temple failed to show that their actions were not objectively reasonable "in light of clearly established law" in existence at the time of his parole revocation and ARP. *Anderson v. Creighton,* 483 U.S. 635, 639, 641, 107 S.Ct. 3034, 97 L.Ed.2d 523 (1987). The judgment of the district court is AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.